B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In re  Jana Jackson                    ,                    Case No. 13bk39931
             Debtor

                                                            Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 70.25        Check one ☐ With the filing of the petition, or
                         ☒ On or before November 11, 2013
$ 70.25        on or before December 10, 2013
$ 70.25        on or before January 9, 2014
$ 70.25        on or before February 7, 2014

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: OCT 17 2013

United States Bankruptcy Judge